WALLACE HUNT and FLORENCE HUNT, Respondents, v. HENRY G. K. HEATH, Appellant, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. The dividing line between these parties is the

.original boundary between the grants to Dr. Peter Moulton, and later to Cornelia Lawton. The latter's plat of lots on Grand street and her grant in 1863 to Louis Anthony show this boundary to be seventy-two feet from Grand street, which distance she gives as the depth of lot 6, on each side. Such records by one under whom appellant derives his title were not overcome by the production of the Curtis map. Plaintiff's three verdicts are well supported. Present — Jenks, P. J., Thomas Mills, Rich and Putnam, JJ.